# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DANIEL BAIDEN, | ) |
| Plaintiff, | ) **Case No.: 8:15-cv-01897-DKC** |
| v. | ) |
| COAST PROFESSIONAL, INC., | ) **NOTICE OF SETTLEMENT** |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: January 8, 2016

BY: */s/ Amy L. Bennecoff*
Amy L. Bennecoff, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

**Certificate of Service**

I hereby certify that on this 8th day of January, 2016, a true and correct copy of the foregoing pleading served via mail to the below:

**Richard J. Perr, Esq.**
**Fineman, Krekstein & Harris, P.C.**
**10 Penn Center 1801 Market Street, Suite 1100**
**Philadelphia, PA 19103**

BY: */s/ Amy L. Bennecoff*
Amy L. Bennecoff, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff